### Commonwealth ex rel. Wright, Appellant, *v.* Hendrick.

Argued December 10, 1971. *Dennis T. Kelly*, First Assistant Defender, with him *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *Leonard S. Goodman*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

### Dilbeck *v.* Bar-Van Enterprises, Inc. et al., Appellants.

Argued December 6, 1971. *J. Brooke Aker*, with him *Smith, Aker, Grossman & Hollinger*, for appellants; *Bette J. Walters*, for appellees.

Order affirmed.